415 S.E.2d 362 (1992)
331 N.C. 279
Carmen P. GRAY and husband, Billy Gray
v.
Lyndon F. SMALL and wife, Lynn McQueen Small.
No. 483A91.
Supreme Court of North Carolina.
April 22, 1992.
Twiford, O'Neal and Vincent by Russell E. Twiford and Edward A. O'Neal, Elizabeth City, for plaintiffs-appellants.
Hornthal, Riley, Ellis & Maland by L.P. Hornthal, Jr., Elizabeth City, for defendants-appellees.
PER CURIAM.
The decision of the Court of Appeals is affirmed.
AFFIRMED.